**502**

**EDWARDS TRANSPORTATION COM-
PANY, Petitioner,**

v.

**NATIONAL LABOR RELATIONS
BOARD, Respondent,**

and

**Inland Boatmen's Union of the Seafarers'
International Union of North America,
Atlantic, Gulf, Lakes & Inland Waters
District, AFL–CIO, Intervenors.**

**NATIONAL LABOR RELATIONS
BOARD, Petitioner,**

v.

**INLAND BOATMEN'S UNION OF the
SEAFARERS' INTERNATIONAL UN-
ION OF NORTH AMERICA, ATLAN-
TIC, GULF, LAKES & INLAND WA-
TERS DISTRICT, AFL–CIO, Respond-
ent,**

and

**Edward Transportation Company,
Intervenor.**

**Nos. 30132, 30190
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Feb. 1, 1971.

John E. McFall, Kullman, Lang, Keen-
an, Inman & Bee, New Orleans, La., for
Edwards Transportation Co.

---

* Rule 18, 5th Cir.; See Isbell Enterprises,
  Inc. v. Citizens Casualty Co. of New
  York et al., 5th Cir., 1970, 431 F.2d 409,
  Part I.

Arnold Ordman, Gen. Counsel, Domi-
nick L. Manoli, Associate Gen. Counsel,
Marcel Mallet-Prevost, Asst. Gen. Coun-
sel, Elliott Moore, Allen H. Feldman,
Attys., N. L. R. B., Washington, D. C.,
Charles M. Paschal, Jr., Regional Direc-
tor, N. L. R. B., New Orleans, La., for
the N. L. R. B.

Jerry L. Gardner, Jr., Dodd, Hirsch,
Barker, Meunier, Boudreaux & Lamy,
New Orleans, La., for Inland Boatmen's
Union of the Seafarers' International
Union of North America, Atlantic, Gulf,
Lakes & Inland Waters District, AFL–
CIO.

Before WISDOM, COLEMAN, and
SIMPSON, Circuit Judges.

PER CURIAM:

Enforced, See Local Rule 21.[1]
Enforced.

**NATIONAL LABOR RELATIONS
BOARD, Petitioner,**

v.

**Edward MEARS et al., Respondents.**

**No. 18512.**

United States Court of Appeals,
Third Circuit.

Argued Oct. 9, 1970.

Decided Dec. 22, 1970.

---

1. See NLRB v. Amalgamated Clothing
   Workers of America, 5 Cir., 1970, 430
   F.2d 966.